IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PIERRE O. COLQUITT,

    Defendant.

Case No. 3:09cr109

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR RELEASE ON BOND PENDING SENTENCING (DOC. #81), PURSUANT TO 18 U.S.C. § 3143(a); REASONING SET FORTH

---

The Defendant's motion, seeking an order of the Court releasing him on bond (Doc. #81), pursuant to 18 U.S.C. § 3143(a), pending his upcoming sentencing, is overruled. In ruling as aforesaid, this Court makes the following, non-exclusive, observations:

1. The Defendant, in this Court's opinion, having been convicted by the Court of numerous offenses, one of which carries a ten year minimum mandatory sentence and another carrying a minimum mandatory sentence of five years, each of which must be imposed consecutively to each other, for a total of fifteen years, has totally failed to rebut any presumption that there exists, thus allowing the Court to find by clear and convincing evidence, a condition or combination of conditions sufficient to guarantee his appearance when required and/or the safety of any other person and/or the community.

2.  The Defendant wholly fails to meet any of the prongs of the aforesaid 18 U.S.C. § 3143(a), among which is that the undersigned find that there is a substantial likelihood that a motion for acquittal or new trial will be granted.

3.  Prior to his arrest, the Defendant was a regular substance abuser, had three prior felony drug offenses (crack cocaine), as well as one domestic violence charge and one assault charge, both reduced to disorderly conduct. Moreover, he sustained a prior revocation of probation, due to incurring new charges while under probation supervision.

April 10, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record